**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 96-20175
_____


SHARON H. CORNELIUS, MILDRED WHITE, CECILIA PRESTON,
and GLORIA LITTLE,

Plaintiffs/Appellants/
Cross-appellees,

VERSUS

EXXON COMPANY USA, ET AL.,

Defendants,

EXXON COMPANY USA,

Defendant/Appellee/
Cross-Appellant.

_____

Appeals from the United States District Court
For the Southern District of Texas
(CA-H-93-1297)
_____

August 11, 1997

Before REYNALDO G. GARZA, KING, and DAVIS, Circuit Judges.

PER CURIAM:[1]

After careful review of the record, we are persuaded that

the district court committed no reversible error.  The record

demonstrates that plaintiffs' statistical evidence was seriously

flawed because it did not consider important variables.  The

district court therefore correctly granted judgment as a matter

of law in favor of the defendants because the plaintiffs failed

---

[1]Pursuant to 5TH CIR. R. 47.5 , the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to establish a prima facie case.

AFFIRMED.